UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JONG HYON KIM,,

                              Plaintiff,                        JUDGMENT
                                                                  16-CV-1980 (AMD) (JO)

      - against –

WISE COACHES, INC. and TERRY SWANN,

                              Defendants.
------------------------------------------------------------ X

        A Memorandum, Decision, and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on March 27, 2018, denying the defendants' motion with respect to the "significant limitation" claim; granting the remainder of the defendants' motion for summary judgment; and dismissing all other of the claims; it is

        ORDERED and ADJUDGED that the defendants' motion is denied with respect to the "significant limitation" claims; that the remainder of the defendants' motion for summary judgment is granted; and that all other of the claims are dismissed.

Dated: Brooklyn, NY                                                        Douglas C. Palmer
       March 27, 2018                                                    Clerk of Court

                                                                     By:   */s/Jalitza Poveda*_____
                                                                              Deputy Clerk