UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JONG HYON KIM

                                                                  1:16-cv-01980 (amd)(jo)

                          Plaintiff(s),

               - against -                                    STIPULATION
                                                    DISCONTINUING ACTION

WISE COACHES, INC. AND TERRY SWANN

                          Defendant(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
         September 5, 2018

                                                                   Robert Alan Saasto, Esq.
                                                                   Trial Counsel to Andrew Park P.C.
                                                                   Attorney for Plaintiff
                                                                   450 7th Avenue
                                                                   New York, NY 10123

Thomas Dargan, Esq.
Lewis Johs Avallone Aviles, LLP
Attorney(s) for Defendants
1 CA Plaza
Suite 225
Islandia, N.Y. 11749